## KILLOUGH v. STATE.  (No. 7129.)

(Court of Criminal Appeals of Texas.
Oct. 25, 1922.)

Criminal law ⊜⟹1070—Appeal will be abated, where defendant dies before it is heard.

Where defendant dies after the filing of the record on appeal, and before the appeal is heard, the appeal will be abated.

Appeal from District Court, McLennan County; Richard I. Munroe, Judge.

George Killough was convicted of murder, and he appeals. Appeal dismissed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Appellant was convicted of murder, and his punishment assessed at death, from which judgment this appeal was taken.

It is now made to appear that, since filing the record in this court, the said George Killough has died. The appeal will therefore be abated.